BEFORE THE THIRD DIVISION, FEBRUARY 27, 1941

**No. 45478.—**Protest 994883–G of Burnet Co. (New York).

Opinion by CLINE, J. It appeared that the wood flour was packed in burlap bags fastened at the top by sewing and that a wooden tag was attached to each

bag containing the words "Made in Finland." On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained. Abtract 43293, *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065), *American Hatters & Furriers Co.* v. *United States* (1 Cust. Ct. 111, C. D. 31), and Abstracts 40549, 41128, and 42581 cited.